

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2017

No. 04-17-00754-CR

**EX PARTE** Andrew **BRIGHAM**

Original Habeas Proceeding[1]

## ORDER

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On November 16, 2017, relator filed a pro se petition for writ of habeas corpus seeking relief from his confinement for pending criminal charges. By order dated November 20, 2017, this court determined that it lacked jurisdiction to consider relator's petition and dismissed the petition for lack of jurisdiction. This court's opinion issued on November 22, 2017.

On November 27, 2017, relator filed two additional documents this court has construed as pro se supplemental petitions for writ of habeas corpus seeking the same relief sought in the petition filed on November 16, 2017. For the reasons stated in this court's opinion of November 22, 2017, relator's supplemental petitions for writ of habeas corpus are DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 7, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2016CR11697, 2016CR11698, 2016CR7125B, and 2016CR10420, styled *The State of Texas v. Andrew Brigham*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.